UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RAMON ZAVALA-ZAZUETA,<br><br>                    Defendant. | CASE NO. CR15-259 MJP<br><br>ORDER ON DEFENDANT'S MOTION TO APPOINT COUNSEL |

This matter comes before the Court on Defendant Ramon Zavala-Zazueta's Motion to Appoint Counsel under 18 U.S.C. § 3006A to assist him in filing a motion for a reduction in sentence. (Dkt. No. 973.) The Court has reviewed the Motion and obtained confirmation from the Federal Public Defender's Office that it will represent Zavala-Zazueta in preparing the motion for which he seeks appointment of counsel. In light of this fact, the Court GRANTS the Motion and appoints Vanessa Pai-Thompson of the Federal Public Defender's Office to represent Zavala-Zazueta in pursuing the motion for a reduction in sentence.

\\

ORDER ON DEFENDANT'S MOTION TO APPOINT COUNSEL - 1

1     The clerk is ordered to provide copies of this order to Zavala-Zazueta and all counsel.

2     Dated September 30, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER ON DEFENDANT'S MOTION TO APPOINT COUNSEL - 2